In re:                                                                          Case No. 26-00146-MJC

Phyllis Ann Reinmiller                                                          Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0314-5 | User: AutoDocke | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Feb 13, 2026 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2026:**

**Recip ID**          **Recipient Name and Address**
db          + Phyllis Ann Reinmiller, 410 Berwick St., White Haven, PA 18661-1305

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2026          Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

In re:                                    :    Chapter 13
                                          :
Phyllis Ann Reinmiller,                   :    Case No.  5:26-bk-00146-MJC
                                          :
            Debtor.                       :
                                          :

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

**ORDER DENYING REQUEST FOR TEMPORARY WAIVER TO
COMPLETE AND FILE CERTIFICATE OF CREDIT COUNSELING**

Upon consideration of the Pro Se Debtor's bankruptcy petition filed January 20, 2026, Doc. 1 ("Petition"), wherein the Debtor checked the box in Part 5 of the Petition requesting a 30 day temporary waiver to receive a briefing about credit counseling, Debtor's failure to appear at a hearing held on February 12, 2026, pursuant to an Order to Appear and Show Cause entered January 22, 2026, Doc. 11 ("Order"),  it is hereby

**ORDERED** that the Request for 30 day temporary waiver is **DENIED**, and Debtor shall file the required Certificate of Credit Counseling ("Certificate") with the Clerk **on or before February 19, 2026**, and it is further

**ORDERED** that should Debtor fail to timely file the Certificate, the case shall be dismissed without further notice or hearing.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: February 12, 2026