United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                              Case No. 26-00146-MJC

Phyllis Ann Reinmiller                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                      User: AutoDocke                      Page 1 of 2

Date Rcvd: Feb 24, 2026                   Form ID: ntnoshow                    Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Phyllis Ann Reinmiller, 410 Berwick St., White Haven, PA 18661-1305 |
| 5775524 | | Cacl Fcu, 1800 W Market St, Pottsville, PA 17901-2002 |
| 5775539 | | Synchrony/Ashley Furniture Homeslore Attn: Bankrup, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5775525 | | Email/Text: bankruptcydpt@mcmcg.com | Feb 24 2026 18:47:00 | Comenity Capital Bank, 350 Camino de la Reina, San Diego, CA 92108-3007 |
| 5775526 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Feb 24 2026 18:47:00 | Credit Corp Solutions, 121 N Election Rd, Draper, UT 84020-7720 |
| 5775527 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 24 2026 18:47:00 | Credit One Bank N.A., 350 Camino de la Reina, San Diego, CA 92108-3007 |
| 5775530 | | Email/Text: mrdiscen@discover.com | Feb 24 2026 18:47:00 | Discover Financial, Attn: Bankruptcy, PO Box 30943, Salt Lake City, UT 84130-0943 |
| 5775529 | | Email/Text: mrdiscen@discover.com | Feb 24 2026 18:47:00 | Discover Financial, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5775531 | ^ | MEBN | Feb 24 2026 18:40:34 | KML Law Group, PC, Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5775532 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 24 2026 18:46:35 | LVNV Funding LLC, Attn: Bankruptcy, PO Box 1269, Greenville, SC 29602-1269 |
| 5775533 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 24 2026 18:56:51 | Lvnv Funding LLC/Resurgent Capital Servi, Resurgent Correspondence,, Attn: Bankrupt, PO Box 1269, Greenville, SC 29G02-12G 29602-1269 |
| 5775534 | | Email/Text: bankruptcydpt@mcmcg.com | Feb 24 2026 18:47:00 | Midland Credit Managem, 350 Camino de la Reina, San Diego, CA 92108-3007 |
| 5775535 | | Email/Text: bankruptcydpt@mcmcg.com | Feb 24 2026 18:47:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 5775536 | + | Email/PDF: ebnotices@pnmac.com | Feb 24 2026 18:56:58 | PennyMac, 3043 Townsgatc Rd, Ste 200, Westlake Village, CA 91361-3027 |
| 5777921 | | Email/Text: bnc-quantum@quantum3group.com | Feb 24 2026 18:47:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5775537 | ^ | MEBN | Feb 24 2026 18:40:58 | Synchrony Bank, 121 W Election Rd, Draper, UT 84020-7720 |
| 5775538 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 24 2026 18:46:39 | Synchrony/Ashley Furniture Homestore, PO Box 71757, Philadelphia, PA 19176-1757 |

5775540     Email/Text: bankruptcies@uplift.com

Feb 24 2026 18:47:00     Uplift, Inc., Attn: Bankruptcy, 275 Battery St Fl 23, San Francisco, CA 94111-3305

TOTAL: 15

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5775528 | * | Credit One Bank N.A., 350 Camino de la Reina, San Diego, CA 92108-3007 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2026     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Phyllis Ann Reinmiller,

**Debtor 1**

Chapter     13

Case No.     5:26−bk−00146−MJC

## Notice of Intention to Dismiss Bankruptcy Case

Section 343 of the Bankruptcy Code (11 U.S.C. § 343) requires debtors to appear and submit to an examination under oath at the meeting of creditors held under Section 341 of the Bankruptcy Code (11 U.S.C. § 341). The failure to appear at the Section 341 meeting of creditors is grounds for dismissal of the bankruptcy case.

The court's docket indicates that Debtor 1 failed to appear at the scheduled Section 341 meeting of creditors. **Accordingly, the Court intends to dismiss the bankruptcy case of Debtor 1.**

Any debtor opposing dismissal must file an objection with the Court on or before **March 17, 2026** explaining the failure to appear at each scheduled Section 341 meeting of creditors. Any creditor or party in interest that opposes this dismissal must file an objection with the Court on or before **March 17, 2026**.

**If no objections are filed by March 17, 2026, an Order will be entered dismissing the bankruptcy case of Debtor 1.**

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: LyndseyPrice, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 24, 2026 |

ntnoshow (07/18)