United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Phyllis Ann Reinmiller

  Debtor

Case No. 26-00146-MJC

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5    User: AutoDocke    Page 1 of 2

Date Rcvd: Mar 16, 2026    Form ID: pdf010    Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Phyllis Ann Reinmiller, 410 Berwick St., White Haven, PA 18661-1305 |
| 5775524 | | Cacl Fcu, 1800 W Market St, Pottsville, PA 17901-2002 |
| 5775539 | | Synchrony/Ashley Furniture Homeslore Attn: Bankrup, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5775525 | | Email/Text: bankruptcydpt@mcmcg.com | Mar 16 2026 18:49:00 | Comenity Capital Bank, 350 Camino de la Reina, San Diego, CA 92108-3007 |
| 5775526 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Mar 16 2026 18:49:00 | Credit Corp Solutions, 121 N Election Rd, Draper, UT 84020-7720 |
| 5775527 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 16 2026 18:49:00 | Credit One Bank N.A., 350 Camino de la Reina, San Diego, CA 92108-3007 |
| 5775530 | | Email/Text: mrdiscen@discover.com | Mar 16 2026 18:49:00 | Discover Financial, Attn: Bankruptcy, PO Box 30943, Salt Lake City, UT 84130-0943 |
| 5775529 | | Email/Text: mrdiscen@discover.com | Mar 16 2026 18:49:00 | Discover Financial, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5775531 | ^ | MEBN | Mar 16 2026 18:47:29 | KML Law Group, PC, Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5775532 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 16 2026 19:01:59 | LVNV Funding LLC, Attn: Bankruptcy, PO Box 1269, Greenville, SC 29602-1269 |
| 5775533 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 16 2026 19:01:59 | Lvnv Funding LLC/Resurgent Capital Servi, Resurgent Correspondence,, Attn: Bankrupt, PO Box 1269, Greenville, SC 29G02-12G 29602-1269 |
| 5775534 | | Email/Text: bankruptcydpt@mcmcg.com | Mar 16 2026 18:49:00 | Midland Credit Managem, 350 Camino de la Reina, San Diego, CA 92108-3007 |
| 5775535 | | Email/Text: bankruptcydpt@mcmcg.com | Mar 16 2026 18:49:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 5785771 | + | Email/PDF: ebnotices@pnmac.com | Mar 16 2026 19:02:07 | PENNYMAC LOAN SERVICES, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5775536 | + | Email/PDF: ebnotices@pnmac.com | Mar 16 2026 19:02:07 | PennyMac, 3043 Townsgatc Rd, Ste 200, Westlake Village, CA 91361-3027 |
| 5777921 | | Email/Text: bnc-quantum@quantum3group.com | Mar 16 2026 18:49:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5775537 | ^ | MEBN | Mar 16 2026 18:47:45 | Synchrony Bank, 121 W Election Rd, Draper, UT 84020-7720 |

| 5775538 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
|---|---|---|---|
| | | Mar 16 2026 18:51:27 | Synchrony/Ashley Furniture Homestore, PO Box 71757, Philadelphia, PA 19176-1757 |
| 5775540 | Email/Text: bankruptcies@uplift.com | | |
| | | Mar 16 2026 18:49:00 | Uplift, Inc., Attn: Bankruptcy, 275 Battery St Fl 23, San Francisco, CA 94111-3305 |

TOTAL: 16

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5775528 | * | Credit One Bank N.A., 350 Camino de la Reina, San Diego, CA 92108-3007 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2026                   Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**Phyllis Ann Reinmiller**

|  |  |  |
|---|---|---|
| **Debtor 1** | **Chapter:** | 13 |
|  | **Case No.:** | 5:26−bk−00146−MJC |

### ORDER DISMISSING CASE

It appearing that the above named Debtor has failed to file the documents listed below, required pursuant to 11 U.S.C. §521 and Bankruptcy Rule 1007:

B 122C-1 - Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

B 122C-2 - Chapter 13 Calculation of Your Disposal Income

Schedules A-F

Schedules I-J

Statement of Financial Affairs

Employee Income Records or Certificate of No Payment Advices

**IT IS HEREBY, ORDERED** that the case of the above named Debtor be and is hereby **DISMISSED**. The Trustee hereby is discharged from further responsibility in this case, and it is further

**ORDERED** that all pending actions in this case are hereby dismissed.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: March 16, 2026